# United States Bankruptcy Court

_____ District Of ____Illinois____

In re __Austin, Janice A__,
Debtor

Case No. __07-12017__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__274__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $__68.50__   Check one ☐ With the filing of the petition, or
                          ☐ On or before __7/6/07__

   $__68.50__ on or before __8/6/07__

   $__68.50__ on or before __9/6/07__

   $__68.50__ on or before __10/6/07__

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 06 2007
KENNETH S. GARDNER, CLERK
BY_____
DEPUTY CLERK

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

__Debtor not represented by attorney__        __Janice Austin__   __7/06/2007__
Signature of Attorney     Date                  Signature of Debtor   Date
                                                (In a joint case, both spouses must sign.)

Name of Attorney _____

_____
Signature of Joint Debtor (if any)   Date

JUL 06 2007

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court