```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 12017
   JANICE A AUSTIN
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5710


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 07/06/2007 and was not confirmed.

   The case was dismissed without confirmation 10/01/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------

WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED              .00             .00
WELLS FARGO BANK           NOTICE ONLY     NOT FILED              .00             .00
AMERICREDIT FINANCIAL SE   SECURED VEHIC    15334.81              .00             .00
WELLS FARGO                CURRENT MORTG        .00               .00             .00
WELLS FARGO                MORTGAGE ARRE    17172.21              .00             .00
RENT A CENTER              NOTICE ONLY     NOT FILED              .00             .00
AMERICREDIT FINANCIAL SE   UNSECURED       NOT FILED              .00             .00
GUARANTY BANK              UNSECURED       NOT FILED              .00             .00
JACKSON MORTUARY           UNSECURED       NOT FILED              .00             .00
UNIVERISTY OF CHICAGO      UNSECURED       NOT FILED              .00             .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED              .00             .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED              .00             .00
ORCHARD BANK               UNSECURED       NOT FILED              .00             .00
NELNET LOAN SERVICES       UNSECURED       NOT FILED              .00             .00
PAYDAY LOAN                UNSECURED       NOT FILED              .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED              .00             .00
PRO SE DEBTOR              DEBTOR ATTY         .00                                .00
TOM VAUGHN                 TRUSTEE                                                .00
DEBTOR REFUND              REFUND                                                 .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         --------------        --------------
TOTALS                         .00                    .00


              PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12017 JANICE A AUSTIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |